SARAH H. BARNES et al., Respondents, *v.* MIDLAND RAILROAD TERMINAL COMPANY, Appellant.

Reported below, 153 App. Div. 365.
(Submitted February 2, 1914; decided February 10, 1914.)

MOTION for leave to withdraw an appeal from a final judgment entered January 16, 1913, upon an order of the

Appellate Division of the Supreme Court in the second judicial department affirming an interlocutory judgment in favor of plaintiffs entered upon the report of a referee in an action for an injunction.

The motion was made upon the ground that the appeal was superfluous.

*Alfred G. Reeves* and *Eli J. Blair* for motion.

*John Brooks Leavitt* opposed.

Motion granted upon payment of costs of appeal that have accrued to the entry of this order; upon failure to comply with these terms within twenty days, the motion is denied, with ten dollars costs.